BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JUDI ANN PAPAGINI,<br><br>　　　　　　　　Defendant. | CASE NO. 1:12-CR-00203-AWI-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 6, 2013, at 1:00 p.m.

2. By this stipulation, the United States now moves to continue the status conference until June 3, 2013, at 1:00 p.m. and to exclude time between May 6, 2013 and June 3, 2013, at 1:00 p.m. Defendant does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for the government will be unavailable for the hearing on May 6, 2013, because he needs to be out of the office for a medical appointment for a family member in Los Angeles.

　　b) The defense needs more time to review the voluminous discovery and continue its

Stipulation and Proposed Order　　　　　　　1

investigation.

  c) This time period is deemed excludable pursuant to 18 U.S.C. § 3161(h) (7)(B)(iv) because the unavailability of government counsel would unreasonably deny the government continuity of counsel.

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2013 to June 3, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at plaintiff's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 2, 2013        BENJAMIN B. WAGNER
                United States Attorney

                /s/ MARK J. McKEON
                MARK J. MCKEON
                Assistant United States Attorney

Dated: May 2, 2013        /s/ ROGER NUTTAL
                ROGER NUTTAL
                Counsel for Defendant

///

///

///

**ORDER**

The parties' stipulated request for a continuance of the status conference date is GRANTED. The parties shall be prepared to select a trial date at the next status conference.

IT IS SO ORDERED.

Dated: __**May 2, 2013**__            __/s/ Sheila K. Oberto__
                                      UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order          3