1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 1:12-cr-00203 AWI- SKO

12                 Plaintiff,          AMENDED STIPULATION TO
                                       VACATE STATUS CONFERENCE;
13 v.                                  ORDER

14 JUDI ANN PAPAGINI                   DATE: November 18, 2013
                                       TIME: 1:00 p.m.
15                 Defendants,         JUDGE: Hon. Sheila K. Oberto

16

17
                           **STIPULATION**
18
        The United States of America, by and through its counsel of record, and defendant, by and
19
   through her counsel of record, hereby stipulate as follows:
20
        1.   Defendant has executed a Plea Agreement. Parties expect a change of plea to be
21
   entered on December 16, 2013, before Honorable Anthony W. Ishii, the next hearing currently
22
   scheduled with the court.
23
        2.   By this stipulation the parties move to vacate the status conference set for November
24
   18, 2013, at 1:00 p.m. before Magistrate Sheila K. Oberto.
25

26

27

28
                                       1

IT IS SO STIPULATED.

DATED: November 15, 2013

                              /s/Mark J. McKeon
                              MARK J. MCKEON
                              Assistant United States Attorney

DATED: November 15, 2013

                              /s/Roger T. Nuttall
                              ROGER T. NUTTALL
                              Counsel for Defendant
                              JUDI ANN PAPAGINI

**O R D E R**

IT IS SO ORDERED.

Dated: **November 15, 2013**                **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE